**Fill in this information to identify the case:**

Debtor 1: Lillian Fraticelli a/k/a Lillian Fraticelli-Ortiz

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: EASTERN District of Pennsylvania (State)

Case Number: 14-11751 AMC

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g). the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** Deutsche Bank National Trust Company as Trustee for Gsaa Home Equity Trust 2006-15, Asset-Backed Certificates, Series 2006-15

**Court Claim No.** (if known): 3

**Last 4 digits of** any number you use to identify the debtor's account: 1143

**Property Address**
2640 Adams Street
Number    Street

Coatesville, PA 19320
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: **March 1, 2019**

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:  (a) $0.00

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $0.00

c. **Total**. Add lines a and b.  (c) $0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

| Debtor 1 | Lillian Fraticelli a/k/a Lillian Fraticelli-Ortiz | | Case number (*if known*) | 14-11751 AMC |
|---|---|---|---|---|
| | First name     Middle Name     Last name | | | |

## Part 4:  Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:  Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

|  | /s/ Jerome Blank, Esquire | Date | March 7, 2019 |
|---|---|---|---|
|  | Signature | | |

| Print | Jerome Blank, Esq., Id. No.49736 | Title | Attorney for Plaintiff |
|---|---|---|---|
|  | First Name     Middle Name     Last Name | | |

| Company | Phelan Hallinan Diamond & Jones, LLP |
|---|---|

**If different from the notice address listed on the proof of claim to which this response applies:**

| Address | 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza |
|---|---|
|  | Number     Street |

| | Philadelphia, PA 19103 |
|---|---|
| | City     State     ZIP Code |

| Contact Phone | 215-563-7000 | Email | jerome.blank@phelanhallinan.com |
|---|---|---|---|

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: :<br>Lillian Fraticelli a/k/a Lillian Fraticelli-Ortiz :<br>Debtors :<br>:<br>Deutsche Bank National Trust Company as Trustee for :<br>Gsaa Home Equity Trust 2006-15, Asset-Backed :<br>Certificates, Series 2006-15 :<br>Movant :<br>v. :<br>Lillian Fraticelli a/k/a Lillian Fraticelli-Ortiz :<br>Respondents :<br>: | BK. No. 14-11751 AMC<br><br>Chapter No. 13<br><br><br><br>11 U.S.C. §362 |

**CERTIFICATE OF SERVICE OF RESPONSE TO
NOTICE OF FINAL CURE PAYMENT**

I certify under penalty of perjury that I served or caused to be served the above captioned Response to Notice of Final Cure Payment on the parties at the addresses shown below or on the attached list on <u>March 7, 2019</u>.

The types of service made on the parties were: <u>Electronic Notification and First Class Mail.</u>

Service by Electronic Notification

William C Miller, Esquire (TRUSTEE)
P.O. Box 1229
Philadelphia, PA 19105

BRAD J. SADEK, Esquire
1315 WALNUT STREET, SUITE 502
PHILADELPHIA, PA 19107

United States Trustee
Office Of The U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Service by First Class Mail

Lillian Fraticelli
2640 Adams Street
Coatesville, PA 19320

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

<u>/s/ Jerome Blank, Esquire</u>
Jerome Blank, Esq., Id. No.49736
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31625
Fax Number: 215-568-7616
Email: jerome.blank@phelanhallinan.com

March 7, 2019